BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE:  ASBESTOS PRODUCT LIABILITY          MDL DOCKET NO. 875
LITIGATION (NO. VI)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION
CASE NO. 06-21347-CIV-JORDAN/KLEIN

CHRISTAL R. COOK, as Personal
Representative of the Estate of
DOYLE RONEY, deceased,

        Plaintiff,

vs.

BORG WARNER CORPORATION,
et al.,

        Defendants.

_____/

## ORDER GRANTING SUBSTITUTION OF COUNSEL AND AUTHORIZING WITHDRAWAL OF COUNSEL FOR DEFENDANT

THIS CAUSE came to be heard upon the Stipulation for Substitution of defense counsel, and the Court being otherwise advised, it is upon consideration,

**ORDERED and ADJUDGED** that:

1.    The law firm of BROWN SIMS, P.C. be and the same is hereby substituted for the law firm of HOLLAND & KNIGHT LLP, as counsel for Defendant, GENUINE PARTS COMPANY.

2.    HOLLAND & KNIGHT LLP is authorized to withdraw as counsel of record in this cause, and is relieved of all further responsibility of Defendant, GENUINE PARTS COMPANY.

DONE and ORDERED in Chambers this 9th day of _____July_____, 2008.

_____
DISTRICT COURT JUDGE

cc:    All Counsel of Record

\# 5334568_v1